```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/25/2023___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JULIAN ALBERTO LEMUS CASTRO,

                Defendants.

21 Cr. 287-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court shall hold an initial conference on **February 21, 2023**, at **3:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: January 25, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge