

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/25/2023__

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 25, 2023

**By ECF**
The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Dayana Liseth Ome Meneses**, 21 Cr. 287-2 (AT)

Dear Judge Torres:

      The Government respectfully requests, with the consent of counsel to defendant Dayana Liseth Ome Meneses, that the pretrial conference scheduled for January 31, 2023, be adjourned to February 21, 2023, at 4:00 p.m., or to another date and time that is convenient for the Court.

      The Government also respectfully requests that the Court exclude time, pursuant to 18 U.S.C. § 3161(h)(7)(A), between January 31, 2023, and February 21, 2023, or between January 31, 2023, and the date on which the Court schedules the next conference in this matter. The ends of justice served by granting such exclusion outweigh the best interest of the public and the defendant in a speedy trial, so that the parties can continue engaging in pretrial resolution discussions. Defense counsel consents to this exclusion.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by: /s/ _____
      Daniel H. Wolf / Alexander Li
      Assistant United States Attorneys
      (212) 637-2337 / -2265

---

GRANTED. The hearing scheduled for January 31, 2023, is ADJOURNED to **February 21, 2023**, at **4:00 p.m.** Time until **February 21, 2023**, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by granting such exclusion outweigh the interest of the public and the defendant in a speedy trial in that this will allow the parties to engage in discussion of pretrial resolution.

SO ORDERED.

Dated: January 25, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge