

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/15/2023__

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 15, 2023

**By ECF**
The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Julian Alberto Lemus Castro, 21 Cr. 287-1 (AT)**

Dear Judge Torres:

The Government respectfully requests, with the consent of counsel to defendant Julian Alberto Lemus Castro, that the pretrial conference scheduled for February 21, 2023, at 3:00 p.m., be adjourned to a date and time on or after March 20, 2023.

The Government also respectfully requests that the Court exclude time, pursuant to 18 U.S.C. § 3161(h)(7)(A), between February 21, 2023 and the date on which the Court schedules the next conference in this matter. The ends of justice served by granting such exclusion outweigh the best interest of the public and the defendant in a speedy trial, so that the parties can engage in pretrial resolution discussions. Defense counsel consents to this exclusion.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/
Daniel H. Wolf / Alexander Li
Assistant United States Attorneys
(212) 637-2337 / -2265

cc: Counsel of Record

---

GRANTED. The conference scheduled for February 21, 2023, is ADJOURNED to **April 4, 2023**, at **11:00 a.m.** Time until **April 4, 2023**, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by granting such exclusion outweigh the interest of the public and Defendant in a speedy trial, because doing so will allow the parties to engage in pretrial resolution discussions.

SO ORDERED.

Dated: February 15, 2023
New York, New York

ANALISA TORRES
United States District Judge