

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/30/2023

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 30, 2023

**By ECF**

The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** **United States v. Julian Alberto Lemus Castro**, 21 Cr. 287-1 (AT)

Dear Judge Torres:

The Government respectfully requests, with the consent of counsel to defendant Julian Alberto Lemus Castro, that the pretrial conference scheduled for April 4, 2023, at 11:00 a.m., be adjourned to July 5, 2023, at 11:20 a.m.

The Government also respectfully requests that the Court exclude time, pursuant to 18 U.S.C. § 3161(h)(7)(A), between April 4, 2023 and July 5, 2023. The ends of justice served by granting such exclusion outweigh the best interest of the public and the defendant in a speedy trial, so that the parties can engage in pretrial resolution discussions. Defense counsel consents to this exclusion.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ _____
Daniel H. Wolf / Alexander Li
Assistant United States Attorneys
(212) 637-2337 / -2265

cc: Counsel of Record

GRANTED. The conference scheduled for April 4, 2023, is ADJOURNED to **July 5, 2023**, at **11:20 a.m.** Time until July 5, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by excluding such time outweigh the interest of the public and the defendant in a speedy trial, in that it will allow the parties to discuss pretrial resolution.

SO ORDERED.

Dated: March 30, 2023
New York, New York

**ANALISA TORRES**
United States District Judge