

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 26, 2023

**By ECF**
The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: <u>United States v. Julian Alberto Lemus Castro</u>, 21 Cr. 287-1 (AT)

Dear Judge Torres:

  The Government respectfully requests, with the consent of counsel to defendant Julian Alberto Lemus Castro, that the pretrial conference scheduled for July 5, 2023, be adjourned to September 12, 2023, at 1:30 p.m.

  The Government also respectfully requests that the Court exclude time, pursuant to 18 U.S.C. § 3161(h)(7)(A), between July 5, 2023 and September 12, 2023. The ends of justice served by granting such exclusion outweigh the best interest of the public and the defendant in a speedy trial, so that the parties can engage in pretrial resolution discussions. Defense counsel consents to this exclusion.

         Respectfully submitted,

         DAMIAN WILLIAMS
         United States Attorney

      by: /s/
         Daniel H. Wolf / Alexander Li
         Assistant United States Attorneys
         (212) 637-2337 / -2265

cc: Counsel of Record

---

GRANTED. The conference scheduled for July 5, 2023, is ADJOURNED to **September 12, 2023**, at **1:30 p.m.** Time from July 5, 2023, to September 12, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by granting such exclusion outweigh the best interest of the public and the defendant in a speedy trial in that it will allow the parties to engage in pretrial resolution discussions.

SO ORDERED.

Dated: June 27, 2023
   New York, New York

            ANALISA TORRES
            United States District Judge