

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/10/2023_

**BY ECF**

The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Julian Alberto Lemus Castro,*
               Case No. 21 Cr. 287-1 (AT)

Dear Judge Torres:

      We represent Julian Alberto Lemus Castro and respectfully request that the Court adjourn the pretrial conference scheduled for October 10, 2023, and instead schedule a change of plea hearing for October 17, 2023, at 4:00 pm. The Government consents to this request.

      We also respectfully request, with the consent of the Government, that time be excluded under the Speedy Trial Act through October 17, 2023. The ends of justice served by granting such exclusion outweigh the best interest of the public and the defendant in a speedy trial, so that the parties can engage in pretrial resolution discussions. *See* 18 U.S.C. § 3161(h)(7)(A).

      Respectfully,

      /s/    John T. Zach
      John T. Zach

GRANTED. The pretrial conference scheduled for October 10, 2023, is adjourned *sine die*, and Defendant's change of plea hearing is scheduled for **October 17, 2023**, at **4:00 p.m.**

SO ORDERED.

Dated: October 10, 2023
      New York, New York

      ANALISA TORRES
      United States District Judge