

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/20/2023_

John
Tel: (
Emai

Dece

**BY ECF**

The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Julian Alberto Lemus Castro,*
            Case No. 21 Cr. 287-1 (AT)

Dear Judge Torres:

    We represent Defendant Julian Alberto Lemus Castro in the above-captioned action. The Initial Presentence Investigation Report ("Draft PSR") as to Mr. Castro is currently due on December 27, 2023. Pursuant to Fed. R. Crim. P. 32(b)(2), and due to the upcoming holidays and counsel's scheduling conflicts, we respectfully request that the Court issue an order granting an extension of time for the filing of the Draft PSR until January 12, 2024. We conferred with the Government and the Probation Officer, who indicated they have no objection to the extension.

    Thank you in advance for your consideration of this request.

    Respectfully,

    /s/    John T. Zach
    John T. Zach

GRANTED. The sentencing in this case is currently scheduled for March 5, 2024. Please advise the Court by **January 15, 2024**, if the parties will be seeking an adjournment of the sentencing in light of the PSR extension.

SO ORDERED.

Dated: December 20, 2023
       New York, New York

ANALISA TORRES
United States District Judge