USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/10/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JULIAN ALBERTO LEMUS CASTRO,

Defendant.

---

21 Cr. 287-1 (AT)

**ORDER**

ANALISA TORRES, DISTRICT JUDGE:

    On June 26, 2024, Defendant, Julian Alberto Lemus Castro, filed a motion requesting that the Court reduce his sentence in light of Amendment 821 to the U.S. Sentencing Guidelines. *See* ECF No. 63; U.S.S.G. § 4C1.1. By order dated July 23, 2024, the Court denied the motion. ECF No. 64. On December 10, 2024, the Court received a letter from Defendant *pro se* seeking an update on the Defendant's motion. It appears that Defendant did not receive a copy of the Court's order denying his motion.

    Accordingly, the Clerk of Court is respectfully directed to mail a copy of the Court's July 23, 2024 order and this order to Defendant *pro se*.

    SO ORDERED.

Dated: December 10, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge